UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
JUN - 4 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Batiste Jr.

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dr. Heart

Dr. Lovor

10 C 3437
Judge Robert M. Dow, Jr
Magistrate Judge Nan R. Nolan

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✗     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: John Batiste

   B. List all aliases: _____

   C. Prisoner identification number: #20100114135

   D. Place of present confinement: Cook County Department of Corrections

   E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Heart

   Title: Director

   Place of Employment: Cermak Health Service of Cook County

   B. Defendant: Louor

   Title: Doctor

   Place of Employment: Cermak Health Service of Cook County

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① Plaintiff alleges lack of proper medical attaintion by the Director Heart, medical staff of doctors, to monitor detainee Health condition which was known by staff throught Plaintiff medical Records. In which he was treated with delibrate indifferents for his Protien-C, def enecy disease. Plaintiff should have been tested often from blood testing since his arrival on 1-15-10 from Jackson Park Hospital to Cermak Health Services of Cook County in its care until this present date.

② Plaintiff was requested to the dispensary on 2/02/10 to see a Doctor Lowor, that informed the Plaintiff that his blood levels were non-therapeutic regarding his blood disorder Protein-C, which clots the blood. The Plaintiff alleges lack of proper medical attaintion

Revised 9/2007

by Doctor Lover finding and diagnosis which was to administer treatment through prescribed medication and dosage over a (3) three day period rather than further blood testing or by altrasound of my known cloting area's which plaintiff was treated with deliberate indifferents.

③ Plaintiff alleges lack of proper medical attantion when he began to experience a lot of pain he was (brush over) when plaintiff did complain to C/O's and Nursing Staff from 2-03-10 until 2-06-10 when C/O McNutt sent plaintiff to dispensary at or about 11:30pm that evening. The dispensary Nurse sent plaintiff to Cermak Health Service E.R. and E.R. sent me to Stroger's Hospital E.R.. Stroger's ran testing and found a blood clot and a hematoma in my right thigh (femer). The Plaintiff stayed the Hospital for twelve days in pain and recieving mophine shots for pain and treated.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief sought: in compensatory damages in the amount of 35 million Dollar(s) and in punitive damage(s) in the amount of 3.5 million Dollar(s). The Plaintiff alleges that he was deprived and treated with cruel and unusual punishment within the 8th and 14th Amendment of the United States Constitution.

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 ___

_____

(Signature of plaintiff or plaintiffs)

John Batiste

(Print name)

#20100114135

(I.D. Number)

P.O. Box 089002
Cook County Dept. of Corrections
Chicago, Illinois 60608

(Address)