MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
7-30-2010
JUL 30 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Batiste, Jr.

Judge Robert M. Dow, Jr.

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dr. Ledvora

Nurse Cynthia Jones

Nurse Ms. Pennington

Case No: 10C 3437
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**      THIRD   AMENDED

__X__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
           **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
           **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: _John Batiste_

    B. List all aliases: _____

    C. Prisoner identification number: _2010- 0114135_

    D. Place of present confinement: _Cook County Dept. Of Correction_

    E. Address: _P.O. Box 089002, Chg. IL. 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: _Dr. Ledvora_

        Title: _Doctor_

        Place of Employment: _Cermak Health Services of Cook County_

    B. Defendant: _Nurse Cynthia Jones_

        Title: _Nurse_

        Place of Employment: _____

    C. Defendant: _Nurse Ms. Pennington_

        Title: _Nurse_

        Place of Employment: _Cermak Health Services of Cook County_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____ N/A _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV Statement of Claim:

1. The plaintiff alleges lack of proper medical attention by Dr. Ledvora in regards to monitoring of the plaintiff's health condition which was known by the plaintiff's medical records. The plaintiff was treated with deliberate indifference for his Protein-C deficiency since the plaintiff's departure from Jackson Park Hospital to his arrival at Cermak Health Services of Cook County on 01/15/10 and even to this present date.

2. On February 2, 2010, the plaintiff was called to the dispensary to see Dr. Ledvora, who at that time informed the plaintiff that his blood levels were non-therapeutic from his known blood disorder, Protein-C deficiency which causes blood clots.
Dr. Ledvora prescribed 8 mg. of coumadin and 75 units of lovenox to be taken over a three day period as a treatment plan. The plaintiff was treated with deliberate indifference in regards to his medical attention. The medication was administered to the plaintiff by the nursing staff, Ms. Pennington and Ms. Cynthia Jones who were scheduled to Division 10 1-D, and was to be given two times a day over the three day period, (Feb 3, 2010 thru February 6, 2010).
While following Dr. Ledvora's treatment plan, the plaintiff was experiencing and complaining about being in extreme pain during that three day period.
Based on the plaintiff's known medical condition, and the findings at Stroger Hospital, the plaintiff alleges that Dr. Ledvora's treatment and lack of proper medical attention caused further injury to the plaintiff.

3. The plaintiff alleges lack of proper medical attention when he complained of experiencing excruciating pain and he was disregarded and brushed off by Ms. Pennington and Ms. Cynthia Jones.
During the time this medication was being administered by the nursing staff, it was not until continuous complaints from the plaintiff regarding the pain and his injury were expressed, Correctional Officer McNutt finally sent the plaintiff to the dispensary at or about 11:30pm on February 6, 2010. The nursing staff at Division 10 dispensary sent the plaintiff to Cermak Health Center E.R. and the doctor at the Cermak Health Center sent the plaintiff to Stroger Hospital E.R after witnessing

that the plaintiff was in extreme pain and was in need of urgent and proper medical attention.

Stroger Hospital medical staff ran a multitude of test and found a blood clot and a hematoma injury to the right thigh (femur). The plaintiff was admitted to Stroger Hospital and continued to experience extreme pain for twelve days. The plaintiff was given morphine shots for the pain, treatment for the injury, and received physical therapy.

On February 19, 2010, upon discharge from the hospital, the plaintiff was given follow-up treatment and a walker.

The findings at Stroger Hospital were that Dr. Ledvora's actions and improper medical attention caused the plaintiff a serious injury.

This plaintiff contends that his United States constitutional rights (8th and 14th amendment) were violated as evidenced by the plaintiff being deprived of proper medical attention and treated with cruel and unusual punishment while suffering from an injury.

Judge Robert M. Dow Jr.    Referred To: CERMAK
Case: 1:10-cv-03437 Document #: 12 Filed: 07/30/10 Page 6 of 15 PageID #:65
Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Batiste    First Name: John

ID #: 2010-0114135    Div: 9    Living Unit: 3-3K-2    Date: 03/02/2010
Tier 2T

BRIEF SUMMARY OF THE COMPLAINT: On or about Tues. 02/02/10, per the docts doctor's request, this detainee was called to the dispensary (Cermak Health Services). This detainee was informed by the doctor that his blood levels were non-therapeutic. Based on the doctor's findings and diagnosis, he prescribed the medications, coumadin and lovenox. During the time the prescribed medications dosage was administered, this detainee began experiencing a lot of pain. After this medication was administered at that dosage for for a period of three days, this detainee was in excruciating pain. Therefore on 02/06/10, approximately 10:45pm, Officer McNutt had this detainee transported to Stroger Hospital where this detainee was diagnosed as having a HEMATOMA which resulted in twelve days of hospitalization and possible surgery at a later date.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Officer McNutt

ACTION THAT YOU ARE REQUESTING: compensary and punitive damages in the amount of 3.5 million

DETAINEE SIGNATURE: John Batiste 10

C.R.W.'S SIGNATURE: HINTON    DATE C.R.W. RECEIVED: 03/25/10

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

CASE # 10C3437

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: **BATISTE**  First Name: **JOHN**  ID#: **10-0114135**

Is This Grievance An Emergency?  YES ☐  NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges lack of proper medical attention

C.R.W. Referred Griev. To: Cermak   Date Referred: 03/25/10

Response Statement: Per Associate Medical Director patient has Hematology follow for April 2010

(print name of individual responding to this griev.) (signature of individual responding to this griev.) Date: 4/7/10  Div./Dept: CMK

(print name of Supt./Designee / Dept. Admin.) Capt. Horton #D 64 B/10 Date: Div./Dept: TCU

John Mueller (print name of Prog. Serv. Admin. / Asst. Admin.) (signature) Date: 4/8/10

Date Detainee Received Response: 4/13/10   Detainee Signature: John Batiste

## REQUEST FOR AN APPEAL
*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: / /

Detainee's Basis For An Appeal:

Appeal Board's Acceptance Of Detainee's Request:  YES ☐  NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: / /   Detainee Signature:

GRIEVANCE CODE(S): ( ) ( ) ( ) ( )

(WHITE COPY - PROG. SERV.) (YELLOW COPY - C.R.W.) (PINK COPY - DETAINEE) (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

CASE# 10 C 3437

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

Month/Year: Feb 2010

| MEDICATION | IN HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robaxin 750mg P.O. BID 2-3-10 — 2-8-10 | 9 / 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amox/Clavu 875/125 Tab P.O. BID x 7 days 2-3-10 — 2-10-10 | 9 / 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clindamycin 1mg P.O. 5 P.M. 8my 2-2-10 — 3-2-10 Porridge | 5 / 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2-2-10 — 2-23-10 Sucralfate 1gm 3 6' P.O. to food | 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2-2-10 — 2-16-10 Lovenox Inj 75mg SQ x 3 days Counter 2-2-10 Vitase 2-4-10 — 2-6-10 | 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Blood Pressure / Pulse

Initial = Med Given
R = Refused (Obtain Refusal Form)
C = Court
Initial & Circle = No Med Available
H = Hold
D/C = Discontinued
N/P = Not Present

INJECTION SITE CODES: 1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

ALLERGIES: OLANZAPINE

Reviewed: JM

Patient Name: Batiste, John
DOC Number: 20100114435
Location: 10 hospital
Date of Birth: 10-1-62

CASE # 10 C 3437
Judge Robert M Dow Jr.

## OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|---|---|---|---|---|

| Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title |
|---|---|---|---|
| | | | |
| | | | |

ALLERGIES

CASE # 10 C 3437
JUDGE Robert M. DOW JR.

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY RESPONSE / AMBULANCE REPORT SHEET FOR CCDOC**

Mark box ☒ on the left of answers or print in space provided.

Name: Batiste, John   DOC #: 20100114135   DOB: 10-1-62
Date: 2-6-10   Division: 10-1D

### TIME INFORMATION
- Called:
- Arrived Scene:
- Departed Scene:
- Arrived at Hospital:
- Returned to CHS

**Origin of Run or Site of Emergency**
- ☐ SHCC ER
- ☐ Court
- ☐ Oak Forest
- ☐ Division
- ☐ Other:

**CHIEF COMPLAINT / REASON FOR TRANSPORT:** Pain to posterior (R) Thigh. Hx. of Blood clots. Please evaluate.

| Time | B/P | Pulse | Resp. | Temp. | Difib/Rhythm | O2 | Drugs/Solu. | Dose |
|---|---|---|---|---|---|---|---|---|
| 9:30p | 164/97 | 96 | | 98.8 | | 99% | | |

**Physical Findings:** Noted large bulging area to posterior (R) Thigh. Hard to touch.

**Assessment:**
1.
2.
3.

**Therapy Rendered:**

**Mode of Transportation**
☐ W/C ☐ Stretcher ☐ Stair Chair
☐ Cart ☐ Ambulance ☐ Walk

**Destination / Disposition:**
☐ SHCC ER ☐ Cermak ER ☐ Remain in GP ☐ Refer to S/C
☐ Oak Forest ☐ Court ☐ Other

_signature of CMT/Paramedic/Title_   CMT/EMT

PRINTED FROM ELECTRONIC RECORD

Form#: 87503 Rev: May, 2003
1. Medical Chart
2. Resource Hospital
3. Cermak EMT Director

Ptn-- BATISTE, JOHN
DOB--10/01/62 Age-- 47 FC-- 01/14/10
Acc# 20100114135 1001A/ MR# 265301

CASE# 10 C 3437

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date: Feb 6, 2010
Time arrived: 10:00 P  Time Triaged: 1010
Time ER visit completed: 10:15 pm
Time departed for Outside Hospital: _____
Time Examined by Provider: _____

| | Initial | DOC # | Location | DOB: |
|---|---|---|---|---|

Pt#: BATISTE, JOHN
DOB: 10/01/62  Age: 47  FC: 01/14/10
Acc# 20100114135  1001A/MR# 265301

RACE: ☐ B ☐ W ☐ L  Other _____
Sex: ☐ Male ☐ Female

x 3 days c/o pain to posterior (R) thigh c blood clots

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| | XIMD | N/A | 97% | | | |

| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |
|---|---|---|---|---|---|---|
| 98.3 | 96 | 19 | 115/70 | | | H.Hrada |

47 year old c
problem c delivery
cont. [illegible] went [illegible]
[illegible]
extr: clear
[illegible] benign

☐ JT
☐ X-RAY
☐ EKG  ☐ LAB
☐ JSH  ☐ Provident  ☐ Other Hospital
☐ Sick Call  ☐ Specialty Clinic

**Treatment / Advice**
- To JSH
- IV now
- #1 @ 10:40
- #20 (?) H---

**Diagnosis:**
DVT vs
Intramuscular
[illegible]

[signature]
Physician Signature / Pager Number

Consent — I hereby authorize the physician and/or nurse in charge of emergency/outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of any care for hospitalization or medical benefits, and to release medical information to public authorities.

X [signature John Batiste]
Signature of Patient or Responsible Person

[signature]
Signature of Witness

Refusal of Treatment Release — I hereby refuse treatment [illegible - stamped "REMOVED FROM CHRONIC RECORD"] advised by the Physician in charge of emergency/outpatient care at Cermak Health Services and hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person
Signature of Witness

Form#: 853.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent.
Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Pt#: BATISTE, JOHN
DOB: 10/01/62  Age: 47  FC: 01/14/10
Acc# 20100114135  1001A/MR# 265301

CASE # 10C 3437

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

Case: 1:10-cv-03437 Document #: 12 Filed: 07/30/10 Page 12 of 15 PageID #:71

# EMERGENCY ROOM RECORD

Date 2/1/2010
Time arrived 10:39a  Time Triaged @ 2230

Time ER visit completed ___
Time departed for Outside Hospital ___
Time Examined by Provider ___

CKPHN- BATISTE, JOHN
DOB- 10/01/62 Age- 47 FC- 01/14/10
As# 20100114135 / MR# 265301

| Initial | DOC # | Location | DOB: |
|---|---|---|---|
|  |  | HP |  |

RACE: ☒ B ☐ W ☐ L  Other ___
Sex: ☒ Male ☐ Female

Refusing medical services
c/o @ thigh Hematoma, Pulm C dif ō Hb PE/DVT. CKD ē ↑ K⊕
recent 2 d'x of Kayexelate now K⊕ = 5.3

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Refused Vitals, eval't +
to
Discussed ē Dr. Hart
would transfer pt back
to JSH

Dr Cody

Diagnosis:
① CKD ē ↑K⊕  ② ® thigh Hematoma
② Pulm C dif ō Hb mult DVT.
③ ® thigh ℞ @ day.

☐ IT  ☐ X-RAY  ☐ EKG  ☐ LAB
☐ JSH  ☐ Provident  ☐ Other Hospital
☐ Sick Call  ☐ Specialty Clinic

Physician Signature / Pager Number

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of any case for hospitalization or medical benefits, and to release medical information to public authorities.

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient case at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person
Signature of Witness

PRINTED FROM ELECTRONIC RECORD

Form#: 863.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV I, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV I, HCV-Ab, HBsAG/AB, RPR

CKPHN- BATISTE, JOHN
DOB- 10/01/62 Age- 47 FC- 01/14/10
As# 20100114135 / MR# 265301

CASE # 10 C 3437

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date: 8/19/2010
Time arrived: 10:11
Time Triaged: ___
Time ER visit completed: 1245
Time departed for Outside Hospital: 10/20
Time Examined by Provider: ___

Last Name: CKPwn-BATISTE, JOHN
DOB: 10/01/82  Age: 47  FC: 01/14/10
Acct: 20100114135  MR#: 265301

DOC #: ___
Location: 102D1
DOB: ___
History: JSH Rtn
RACE: ☒ B ☐ W ☐ L  Other: ___
Sex: ☒ Male ☐ Female

S/P (R) thigh hematoma (R) distal popliteal DVT
Hx CKD.
Microcytic anemia – ACD. Multiple DVT – 2/2 protein C deficiency
Hep B + / C ? , DM, HTN.

| FIRST DAY LMP | Last Tetanus | Allergies | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| N/A | 2010 | NKDA | 99% RA | | | |

| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |
|---|---|---|---|---|---|---|
| 98.5 | 85 | 20 | 123/68 | | | [signed] |

Asmt: CKD, h/o prot C def, Multiple DVT, protein C def, DM, HTN, Multiple DVTs.

(1) 47 y/o f/u return/evaluation for (R) thigh hematoma

Hct x 3 stable, plan to follow Hct trend
(R) thigh hematoma resolved

Treatment / Advice:
Return to DIV 10
plan – f/u [illegible]

☐ GT
☐ X-RAY
☐ EKG  ☐ LAB
☐ JSH  ☐ Provident  ☐ Other Hospital
☐ Sick Call  ☒ Specialty Clinic: Rheum Clinic, Hand Clinic

Diagnosis:
1. Prot C deficiency
2. H/o multiple DVTs
3. DM
4. HTN
5. CKD

Physician Signature / Pager Number: [signed]

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person: [signed]
Signature of Witness: [signed]

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and hereby agree not to hold the physician or Cermak Health Services responsible for harm or injury that may result from my action, and to release medical information to public authorities.

Signature of Patient or Responsible Person: ___
Signature of Witness: ___

PRINTED FROM ELECTRONIC RECORD

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent, Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Form#: 853.15 Rev December 12, 2005

CASE # 10 C 3437

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Patient Copy

CASE# 10 C 3437 Judge Roberts
Jury Tr.

Patient: Batty Th___  DOC# 2010 0114735  D.O.B. 10/1/62

Allergy:

Comments:

| Date/Time | PHYSICIAN ORDERS |
|---|---|
| 2/4/10 | MSM 325 (3) QD x 90 |
| | 3800 u VPD QD x 90 |
| | Lasix 25 mg tab 1/2 tab x 30 d |
| | Calcitate 500 QG — 2 mL |
| | w/each run to B52-S27-SUP |
| | Pr Sep 7 cnt sw 1/2 f QG — 21d |
| | Metryn 117 543 QDQ 21d |
| | orderfrin 340 mg gr |

☒ Med/Surg  ☐ MHS

Location: _____

Initials  Print / Sign Name  MD Print/Sign  Title

Form #: 853.01
Rev. Feb. 2008

White Copy: Medical Records  Pink Copy: Pharmacy  Green Copy: Nursing/CMT/Dialysis  Yellow Copy: Patient

Patient Label
CHS8 85301

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief sought: Compensatory damage(s) in the amount of 3.5 Million Dollar(s) and punitive damages in the amount of 3.5 Million Dollar(s). The plaintiff alleges that he was deprived and treated with cruel and unusual punishment within the 8th and 14th amendment of the United States Constitution.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_John Batiste_
(Signature of plaintiff or plaintiffs)

John Batiste
(Print name)

#20100114135
(I.D. Number)

Cook County Dept. of Corrections
P.O. Box 089002
Chicago, Illinois 60608
(Address)

6

Revised 9/2007