**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN BATISTE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 3437 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Robert M. Dow, Jr. |
| COUNTY OF COOK, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS COUNT II OF PLAINTIFF'S FIFTH AMENDED COMPLAINT**

NOW COME Defendants County of Cook, Avery Hart, Jacqueline Jack, Cynthia Jones and Marilyn Pennington, by their attorney ANITA ALVAREZ, State's Attorney of Cook County, through her Assistant, Kevin Frey, and moves this Honorable Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Count II of Plaintiff's Fifth Amended Complaint for failure to state a claim for which relief can be granted. A Memorandum of Law in support of this Motion to Dismiss is hereto attached.

Respectfully Submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ Kevin Frey
      Kevin Frey
      Assistant State's Attorney
      69 West Washington, Suite 2030
      Chicago, IL 60602
      (312) 603-1440